UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
\-------------------------------------------------------------- x
GP ACOUSTICS (US), INC., et al.,                  :
                                                  :
                                    Plaintiffs,   :   **ORDER**
                                                  :
                v.                                :   17 Civ. 5305 (AKH)
                                                  :
J&V AUDIO, INC., et al.,                          :
                                                  :
                                    Defendants.   :
                                                  :
\-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On December 6, 2017, I granted Defendants' motion to compel arbitration and stayed the case pending completion of arbitration. ECF No. 60.  There has been no update since then.

        Accordingly, the parties, by joint letter submitted via ECF, shall advise the Court of the status of the arbitration by June 13, 2022.

SO ORDERED.

Dated:  New York, New York
         June 6, 2022

                                                  _____/s/_____
                                                ALVIN K. HELLERSTEIN
                                                United States District Judge