UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x
GP ACOUSTICS (US), INC., et al.,                               :
                                                               :
                                    Plaintiffs,                :     **ORDER**
                                                               :
                    v.                                         :     17 Civ. 5305 (AKH)
                                                               :
J&V AUDIO, INC., et al.,                                       :
                                                               :
                                    Defendants.                :
                                                               :
-------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      On December 6, 2017, I granted Defendants' motion to compel arbitration and stayed the case pending completion of arbitration. ECF No. 60.  The parties, via letter submitted by Plaintiff's counsel, represent that arbitration never took place and request that I dismiss the case.  The request is granted.

      Accordingly, pursuant to Rule 41(a)(2), this case is dismissed and the Clerk shall mark the case closed.

SO ORDERED.

Dated: New York, New York
       June 15, 2022

                                        _____/s/_____
                                        ALVIN K. HELLERSTEIN
                                        United States District Judge